IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Taylor, Bernadine | Case Number: 07 B 04637 |
| | Judge: Squires, John H |
| Printed: 4/22/08 | Filed: 3/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 12, 2008
Confirmed: June 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,154.88 | |
| Secured: | | 2,038.52 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 116.36 |
| Other Funds: | | 0.00 |
| Totals: | 2,154.88 | 2,154.88 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,584.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Auto Finance | Secured | 22,146.36 | 1,988.61 |
| 5. | City Of Chicago | Secured | 662.00 | 49.91 |
| 6. | Countrywide Home Loans Inc. | Secured | 5,119.83 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 1,551.19 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 258.19 | 0.00 |
| 9. | City Of Chicago | Unsecured | 0.58 | 0.00 |
| 10. | Medical Collections | Unsecured | | No Claim Filed |
| 11. | Senex Services Corp | Unsecured | | No Claim Filed |
| 12. | Womens Healthcare Center | Unsecured | | No Claim Filed |
| 13. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 15. | Superior Mortgage | Unsecured | | No Claim Filed |
| 16. | Calvary Investments LLC | Unsecured | | No Claim Filed |
| | | | $ 32,322.15 | $ 2,038.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 116.36 |
| | $ 116.36 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Taylor, Bernadine

Printed:  4/22/08

Case Number:  07 B 04637
Judge:  Squires, John H
Filed:  3/16/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

